G. ROXANNE ELINGS (*pro hac vice pending*)
  roxanneelings@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY  10020-1104
Telephone:  (212) 489-8230
Facsimile:   (212) 489-8340

NICOLE MEDEIROS (CA State Bar No. 318892)
  nicolemedeiros@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:  (415) 276-6500
Facsimile:   (415) 276-6599

Attorneys for Plaintiff
KATE SPADE LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATE SPADE LLC,<br><br>                    Plaintiff,<br><br>      vs.<br><br>WOLV INC.,<br><br>                    Defendant. | Case No.<br><br>**COMPLAINT FOR JUDICIAL REVIEW**<br><br>Action Filed:  June 27, 2022 |

COMPLAINT

Plaintiff Kate Spade LLC ("Plaintiff") for its complaint against defendant WOLV Inc. ("Wolv" or "Defendant") alleges as follows:

## PRELIMINARY STATEMENT

1.      Debuting with a handful of handbags in 1993, the kate spade new york brand ("Kate Spade") quickly established itself as an iconic American brand.  Kate Spade has grown into a global lifestyle brand offering at least 20 product categories in the United States and around the world.  Today, Kate Spade is a worldwide leader in the design, manufacture, distribution, marketing, and promotion of premium lifestyle products, including, *inter alia*, a full line of apparel, bags, footwear, eyewear, jewelry, watches, consumer home goods, cosmetics, and fragrances (collectively, "Kate Spade Goods").

2.      Plaintiff first registered the KATE SPADE mark in 1997.  Plaintiff now owns over 60 U.S. registrations used by Kate Spade consisting of or including the word mark, SPADE (the "SPADE Word Marks") and/or the design mark, ♠ including KATE SPADE, LIVE COLORFULLY, and KATE SPADE NEW YORK, shown below:



(the "SPADE Design Marks") (the SPADE Word Marks and SPADE Design Marks are collectively the "SPADE Marks")

3.      As a result of Kate Spade's marketing efforts and success, combined with its attention to quality, design and construction of its products, the SPADE Marks are universally recognized and associated with distinctive design, luxury and quality pointing uniquely and unmistakably to Kate Spade.  By virtue of the extensive distribution and success of Kate Spade's Goods and related services, the SPADE Marks are distinctive and famous.

COMPLAINT

DAVIS WRIGHT TREMAINE LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA  94111
(415) 276-6500
Fax: (415) 276-6599

4.      Kate Spade's "SPADE Design Marks"—part of Kate Spade's heritage—are distinct and ever-present throughout Kate Spade's product design, on its store front signage, packaging and hang-tags, ubiquitous in its marketing, particularly throughout its social media, as well as in print, billboards and publishing.

5.      The Trademark Trial and Appeal Board ("the Board") of the United States Patent and Trademark Office ("PTO") held that the KATE SPADE trademark is "conceptually strong and commercially very strong." *Kate Spade LLC v. Thatch, LLC and The Spades Trademark Company, LLC*, No. 91216585, 2020 WL 242513, at *9 (Jan. 9, 2020).

6.      In the Board's final decision in connection with this appeal, the Board acknowledged "the KATE SPADE mark *and the spade design* are both inherently strong and commercially strong, those marks are entitled to a broad scope of protection." *Kate Spade LLC v. WOLV, Inc.*, No. 91241442, 2022 WL 1237459, at *16 (Apr. 25, 2022) (emph. added).

7.      As such, the SPADE Marks cast a long shadow and should be afforded deference to second-comers, such as Defendant, and prevents them from registering confusingly similar and/or dilutive spade-derivative marks, namely the WOLV (the "SPADE Wolv Mark") for use in connection with goods, namely watches, identical to those sold by Kate Spade.

8.      This is an action filed pursuant to 15 U.S.C. § 1071(b)(1) seeking judicial review of the Board's final decision in connection with the trademark opposition proceeding captioned, *Kate Spade LLC v. WOLV, Inc.*, Opposition No. 91241442 (the "Opposition").

## **PARTIES**

9.      Plaintiff is a Delaware limited liability company duly organized and existing under the laws of the State of Delaware with a place of business at 2 Park Avenue, New York, New York 10016, and is an indirectly wholly-owned subsidiary

COMPLAINT

DAVIS WRIGHT TREMAINE LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111
(415) 276-6500
Fax: (415) 276-6599

of Tapestry, Inc. ("Tapestry") and licenses the SPADE Marks and Kate Spade brand to Tapestry's wholly-owned subsidiary.

10.    On information and belief, Defendant is a corporation, organized and existing under the laws of California, having a place of business at 960 E. Las Tuna Drive, St. A1, San Gabriel, California 91776.

## JURISDICTION AND VENUE

11.    The Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. §§1071(b)(1) and (4).

12.    This Court has personal jurisdiction over Defendant because Defendant is a California limited liability corporation, with its principal place of business located in Los Angeles County.

13.    Venue in this district is proper pursuant to 28 U.S.C. § 1391(b)(1) because the Defendant resides in Los Angeles County.

## FACTS COMMON TO ALL CLAIMS

**A.     THE KATE SPADE BRAND**

14.    For a quarter of a century, Plaintiff, through its predecessors-in-interest and licensees, has been a leader in accessible luxury.  Today, Kate Spade has grown into a global life and style house offering at least 20 product categories in the United States and around the world, including: (i) watches; (ii) wearable tech (smart watches); (iii) jewelry; (iv) tech accessories (including phone covers, audio, earbuds and headphones, charging devices and small speakers for home); (v) footwear; (vi) sleepwear; (vii) swimwear; (viii) legwear; (ix) loungewear; (x) jackets; (xi) active wear; (xii) kids apparel and accessories; (xiii) hair accessories; (xiv) fragrances; (xv) home décor (including lighting, bedding and bath, and stationery); (xvi) tabletop (including fine china, barware, place settings, casual dining and kitchen items); (xvii) handbags; (xviii) small leather goods; (xix) bridal; and (xx) and ready-to-wear apparel (including dresses, separates, jackets, outerwear, skirts and pants).

**DAVIS WRIGHT TREMAINE** LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA  94111
(415) 276-6500
Fax: (415) 276-6599

15.     Kate Spade has succeeded in extending its brand into different product categories and consumer markets in large part through a number of licensing partnerships that include cobranding and/or product collaborations. Licensing partnerships include Safilo for eyewear, Lenox for tabletop, Interparfums SA for fragrances, Paperless Post for online stationery, Lifeguard Press for stationary and gifting collections, HTA for fashion bedding, Incipio for tech accessories, and the Fossil Group and Google Wear OS for smartwatches, as show below:



16.     Kate Spade's product collaborations include: (i) Starbucks, to offer a curated designer merchandise collection; (ii) Keds footwear company, to develop footwear for wedding and collections; (iii) Archie Comics' publisher, to develop an apparel and accessories capsule collection; (iv) Dr. Scholl's Shoes, to develop the iconic wood Original Exercise Sandal capsule collection; (v) Everpurse, a wearable technology company, to develop purses and handbags that wirelessly charge cellphones; (vi) Williams Sonoma, to develop an exclusive collection of dinnerware, glassware, and flatware; (vii) Beyond Yoga, to develop a limited-edition athletic leisure wear collection; (viii) Magnolia Bakery, to develop a novelty collection of handbags inspired by desserts, as shown below; (ix) GapKids, to develop a limited-

COMPLAINT

DAVIS WRIGHT TREMAINE LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA  94111
(415) 276-6500
Fax: (415) 276-6599

edition collection for children; (x) Disney, to develop a Minnie Mouse-inspired collection, as shown below; and (xi) Man Repeller, one of the internet's biggest style blogs on streetwear, to open two pop-up shops focused on leopard theme clothing.

17.     Kate Spade has become part of the national fabric. Kate Spade products have appeared in such popular television shows as Sex and the City, Gilmore Girls and Black-ish, and featured in a wide variety of media, including the *Wall Street Journal*, *Rolling Stone Magazine*, *Vogue*, *O, The Oprah Magazine* and *Architectural Digest*. Kate Spade products have been worn by celebrities, including, Beyonce, Ariana Grande, Rihanna, Taylor Swift, Carrie Underwood, Drew Barrymore, Ashley and Mary-Kate Olsen, Tina Fey, Reese Witherspoon, Emma Roberts, Millie Bobby Brown, Rosario Dawson, Kate Bosworth, Mindy Kaling, Anna Wintour, Julia Roberts, Gwyneth Paltrow, Kate Middleton, Pippa Middleton, Fergie, Kim Kardashian, Jennifer Love Hewitt, Issa Rae, Sasha Obama, Katie Holmes, Sadie Sink, Jamie Chung and Gillian Jacobs.

18.     Kate Spade garners significant media mentions, as demonstrated in monthly credit reports tracking mentions in magazines and on digital sites. These mentions include both editorial and also feature Kate Spade product, as well as celebrities wearing Kate Spade products, many of which incorporate the SPADE Design Mark.

19.     Kate Spade has received accolades and recognition, including for its innovation and reach in product design and for its successful marketing strategies. In product design, Kate Spade has been recognized in connection with the design of its watches, tech accessories, fragrance, home and table-top, and eyewear.

20.     In marketing—where Kate Spade consistently and prominently displays its trademarks—Kate Spade has received multiple accolades, including:

(i) Fashion 2.0 Award (the first industry-recognized distinction honoring the most innovative fashion brands for their outstanding achievements and communication strategies across a variety of digital media channels) for Best Website (2010), for

DAVIS WRIGHT TREMAINE LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111
(415) 276-6500
Fax: (415) 276-6599

COMPLAINT

Best Instagram (2012), for Top Innovator (2012), Best Pinterest (2015); (ii) "Lifestyle Brand of the Year" (2011); (iii) one of the 50 best brands to follow on Twitter across all industries (2013); (iv) the third most popular clothing brand among college-aged women, putting it ahead of MICHAEL KORS, COACH and TORY BURCH (2015); (v) Cannes Lions Shortlist for Branded Content and Entertainment (#MissAdventure films) (2015); (vi) number two accessible luxury handbag company after Coach based on Kate Spade commissioned qualitative research, North America (2015); (vii) CLIO Gold Award for Fashion (2016); (viii) Number one fashion brand on Pinterest (2016); and (ix) one of the 20 most successful American Fashion Brands by 24/7 Wall Street (2019).

21.     Kate Spade has received at least the following awards and accolades (by year):

a.     Fashion 2.0 Award (the first industry-recognized distinction honoring the most innovative fashion brands for their outstanding achievements and communication strategies across a variety of digital media channels) for Best Website (2010);

b.     the American Apparel and Footwear Association gave Kate Spade the "Lifestyle Brand of the Year" award in a "celebrity-filled event (2011);"

c.     Fashion 2.0 Award for Best Instagram (nominated for Best Blog) (2012);

d.     Fashion 2.0 Award for *Top Innovator* (2012);

e.     Google ranked KATE SPADE the fifth most searched fashion brand on Google, just below GUCCI and ahead of RACHEL ZOE and GIVENCHY (2013);

f.     *Business Insider* named KATE SPADE one of the 50 best brands to follow on Twitter across all industries (2013);

DAVIS WRIGHT TREMAINE LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA  94111
(415) 276-6500
Fax: (415) 276-6599

g.  the NPD Group, Inc. ("NPD")--one of the largest market research companies that obtains point of sale data to determine the ranking of various brands in various product categories--ranked Kate Spade as the number one brand for tabletop accessories (2013 - 2017);

h.  #1 fragrance launch at Nordstrom (2013);

i.  EyeVote Readers' Choice Award (2013-2020);

j.  NPD ranked Kate Spade as the number one fashion brand in tech accessories (*e.g.*, phone cases) (2014 - 2018);

k.  *Forbes* ranked KATE SPADE the eighth fastest growing fashion brand on Pinterest (2014);

l.  Gold Award at Chelsea in Bloom window competition (2014);

m.  Best overall e-commerce customer service (in the US) by Stella Services (2014);

n.  Goldman Sachs conducted a study that found KATE SPADE was the third most popular clothing brand among college-aged women, putting it ahead of MICHAEL KORS, COACH and TORY BURCH (2015);

o.  'The Joy Ride' Hit #6 on the AdAge Viral Video Chart (2015);

p.  Kate Spade's on purpose label was selected as the best Economic Empowerment Program at the US Chamber of Commerce Foundation's annual Citizens Awards (2015);

q.  Fashion 2.0 Award for *Best Pinterest* (2015);

r.  Gold Award, Innovation Award & People's Choice Award at Chelsea in Bloom window competition (2015);

COMPLAINT

DAVIS WRIGHT TREMAINE LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA  94111
(415) 276-6500
Fax: (415) 276-6599

s.   Cannes Lions Shortlist for Branded Content and Entertainment (#MissAdventure films) (2015);

t.   Number two accessible luxury handbag company after Coach based on Kate Spade commissioned qualitative research, North America (2015);

u.   Number one designer brand of iPhone cases at Apple stores; #1 designer brand at Best Buy and Verizon (2015);

v.   *Forbes* ranked KATE SPADE the third fastest growing retailer in fashion (2015);

w.   Number 14 fragrance launch of Walk on Air out of 2,000 new fragrances (2015);

x.   Number one designer/bridge sunglass brand in US department stores (2016 & 2015);

y.   Icon Honors, the annual awards program that recognizes excellence in the home and gift industries, awarded Kate Spade its Icon award in connection with its launch of the KATE SPADE kitchenware collection (2016 & 2015);

z.   2016 CLIO Gold Award for Fashion: Film (#MissAdventure films) (2016);

aa.  Number one fashion brand on Pinterest (2016);

bb.  Finalist in 6th Annual Shorty Awards for Fashion and Pinterest (2016);

cc.  Number one bridal registry (2017 & 2016);

dd.  Number one bridal registry (2017 & 2016);

DAVIS WRIGHT TREMAINE LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111
(415) 276-6500
Fax: (415) 276-6599

ee.   Named in Top 10 Fashion Brands in Digital by Garner's L2 Digital IQ Index: Fashion Global (Kate Spade is ranked no. 6) (2018);

ff.   Named one of Forbes Best Midsize Employers in (2019 & 2018);

gg.   Named one of America's Best Companies for Customer Service by *Newsweek*, taking top honors within the Online Luxury Fashion Accessories category (2019 & 2018);

hh.   In 2018 and 2019, the KATE SPADE Scallop touchscreen smartwatch won "Best Wearable" from Digital Trends (2019 and 2018);

ii.   Named one of the 20 most successful American Fashion Brands by *24/7 Wall Street* (2019);

jj.   The KATE SPADE Scallop smartwatch was finalist for Engadget's "Best of CES" award (2019); and

kk.   KATE SPADE smart watch won Best Wearable Tech Award (*Android Authority* and *Stuff*) (2019);

ll.   "Best Product" award winner for the Kate Spade New York eyewear collection (2019).

22.   Kate Spade uses a 360-degree approach to marketing -- synchronizing its efforts across all channels to ensure consistency at every touchpoint. Kate Spade's marketing strategy is to deliver a consistent, relevant and multi-layered message every time the consumer comes in contact with Kate Spade through communications and visual merchandising.  Kate Spade has dedicated millions of dollars to market its goods bearing the SPADE Marks, which includes the distribution of brand imagery, both in film and in print, via digital and social media, outdoor advertising, as well as

COMPLAINT

**Davis Wright Tremaine** LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA  94111
(415) 276-6500
Fax: (415) 276-6599

1    the production of those assets including public relations efforts, fashion events and

2    presentations.

3    23.    Kate Spade invests in digital advertisements geared to potential

4    customers as they browse third-party websites, and maintains Kate Spade pages on

5    all the major social media platforms, including, Facebook, Instagram, Pinterest,

6    Twitter, Tumblr, SnapChat and Tiktok.   Kate Spade has amassed millions of

7    followers on Instagram and Facebook.  Additionally, Kate Spade enjoys millions of

8    views of its YouTube and Pinterest content.

9    24.    Beginning in 2001 as part of its marketing strategy, Kate Spade created

10   digital movies content/videos that it features on Kate Spade's popular YouTube

11   channel. Since 2018, Kate Spade has produced over 390 digital movies and videos.

12   The content of these films varies. Some of the films feature a specific product, such

13   as a new handbag, or watch or wearable technology. Other films serve as instructional

14   videos. Yet, other films commemorate the launch of a new product category, like

15   home decor.

16   25.    Perhaps most celebrated, however, are Kate Spade's "shoppable" short

17   films, referred to as the #MissAdventure series, which first premiered in 2014. The

18   #MissAdventure series features popular actresses, such as Anna Kendrick and Anna

19   Farris, who bring to life the adventures of the "Kate Spade New York girl" – a riff on

20   Kate Spade's popular KATE SPADE NEW YORK trademark – a character, who is

21   "optimistic, not perfect," "turns lemons into lemonade" and "views life as an

22   adventure." Many other noteworthy women have participated in the series as well,

23   including: (i) Rosie Perez, actor; (ii) Iris Apfel, a businesswoman, interior designer,

24   and fashion icon; (iii) Gloria Steinman, a feminist, journalist and social activist; (iv)

25   Miss Piggy, the well-known Muppet character; and (v) Zosia Mamet, an actor and

26   musician.

27   26.    The #MissAdventure series has been featured not just on Kate Spade's

28   YouTube, Facebook, Instagram and Pinterest sites but also on television, through a

DAVIS WRIGHT TREMAINE LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA  94111
(415) 276-6500
Fax: (415) 276-6599

partnership with Hulu, and on third party websites owned by US Weekly, Salon, Food Network and Rolling Stone Magazine and other websites associated with Kate Spade's media partners, Refinery29, Hearst and Conde Nast.  By December 2014, one month after the first episodes of #MissAdventure had aired, the series reached 20 million YouTube viewers. Today, the videos have received over 150 million views in the United States. Each of these videos prominently show the ♠ logo, reinforcing the KATE SPADE brand:



27.     Kate Spade's business consists of direct-to-consumer sales, through its own retail stores and website, which was established in 2010.  Over the years, the number of visits to Kate Spade's online store has grown to millions of visits.

28.     Kate Spade's domestic net sales of products bearing the SPADE Marks have grown to billions of dollars.  Sales of Kate Spade watches—the product at issue here—are equally significant at over hundreds of millions of dollars.

29.     Kate Spade also sells to approximately 200 retail and outlet stores across the U.S.  Kate Spade sells wholesale to specialty stores and major department stores. Kate Spade's third-party retailers sell SPADE-branded merchandise in their retail locations and through their websites.  Kate Spade also sells its goods through online retailers.

DAVIS WRIGHT TREMAINE LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA  94111
(415) 276-6500
Fax: (415) 276-6599

COMPLAINT

## B.     THE KATE SPADE MARKS

30.     Plaintiff owns over 60 U.S. registrations consisting of or including the SPADE Word Marks, and/or consisting of or including SPADE's functional equivalent, the SPADE Design Marks, including ♠ , **kate spade** , ♣ and ♠ .

31.     Many of Plaintiff's federal registrations of the SPADE Marks are incontestable within the meaning of the Section 15 of the Lanham Act, 15 U.S.C. § 1065, including but not limited to the marks depicted in the chart attached hereto as **Exhibit A**.

32.     The SPADE Marks have been continuously used and registered in connection with all of Kate Spade's different product categories.  Specifically, the ♠ logo, symbolizing the SPADE in KATE SPADE, has been prominently and continuously used in its sales and marketing of virtually all product categories, since the debut of its iconic handbags, including:

a.     on packaging, hangtags and store signage;

b.     throughout the <katespade.com> website;

c.     throughout Kate Spade's social media accounts, including Facebook, Instagram, YouTube, Pinterest and Twitter; and

d.     in connection with products, including within print patterns, leather embossing and cutout design details, on jewelry, shoes, hardware in handbags, and on watch faces, as shown below.





COMPLAINT

**DAVIS WRIGHT TREMAINE** LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA  94111
(415) 276-6500
Fax: (415) 276-6599

33.     Kate Spade's continuous use of the ♠ logo since 1993 has made the ♠ logo synonymous with the brand.

34.     The Board has twice held that the SPADE Marks are strong. The Board held that the KATE SPADE mark is "conceptually strong and commercially very strong." *Kate Spade LLC v. Thatch, LLC and The Spades Trademark Company, LLC,* No. 91216585, 2020 WL 242513, at *9 (Jan. 9, 2020); *see also Kate Spade LLC v. WOLV, Inc.*, No. 91241442, 2022 WL 1237459, at *16 (Apr. 25, 2022) (finding that the "KATE SPADE mark and spade logo are very strong marks," and that "the KATE SPADE mark and the spade design are both inherently strong and commercially strong").

## C.     DEFENDANT'S WOLV MARK

35.     On information and belief, long after Kate Spade adopted the SPADE Marks, Defendant sought to use its SPADE Wolv Mark in connection with wristwatches.

36.     On November 4, 2017, Defendant applied to register the SPADE Wolv Mark based on bona fide intent to use the mark in connection with wristwatches (the "Application").

## D.     THE TRADEMARK TRIAL AND APPEAL BOARD

37.     On May 29, 2018, Plaintiff filed a Notice of Opposition under § 13 of the Federal Trademark Act, 15 U.S.C. § 1063.

38.     Plaintiff filed the Notice of Opposition seeking to prevent the issuance of a federal trademark registration for the SPADE Wolv Mark for use in connection with the goods listed in the SPADE Wolv Application on several grounds that would result in damage to Kate Spade, including: the concurrent use of Defendant's SPADE Wolv Mark and Kate Spade's SPADE Design Marks is likely to cause confusion with respect to the source, origin, and/or sponsorship of the Defendant's Goods within the meaning of the § 2(d) of the Federal Trademark Act, 15 U.S.C. § 1052(d).

39.     The proceeding was assigned Opposition No. 91241442.

DAVIS WRIGHT TREMAINE LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111
(415) 276-6500
Fax: (415) 276-6599

40.     Defendant, in its Answer, denied Plaintiff's allegations.

41.     On April 25, 2022, the Board issued a final decision denying the opposition filed by Plaintiff, and that decision is subject to review by this Court under § 21(b) of the Federal Trademark Act, 15 U.S.C. § 1071(b).

## FIRST CLAIM FOR RELIEF

**(Judicial Review of Trademark Trial and Appeal Board Final Decision)**

42.     Plaintiff realleges and incorporates by reference the allegations in paragraphs 1 through 41, as if set forth fully herein.

43.     As a cause of action and ground for relief against Defendant, Plaintiff seeks, in part, a *de novo* judicial review pursuant to § 21(b) of the Federal Trademark Act, 15 U.S.C. § 1071(b), of the final decision rendered by the Board in *Kate Spade LLC v. WOLV, Inc.*, Opposition No. 91241442 on the following grounds:

a.     The Board failed to compare wᴏ̊ʟᴠ and 🖤 , instead comparing (a) ♠ and wᴏ̊ʟᴠ ; and (b) KATE SPADE and wᴏ̊ʟᴠ, thus ignoring a key mark for purposes of comparison. The Board did not compare wᴏ̊ʟᴠ and 🖤 , claiming it was not pled in the Opposition. This is an erroneous reading of the law that does not account for the fact that the issue was argued in the brief at trial and was not opposed by Defendant.

b.     Despite the Board finding that the "KATE SPADE mark and spade logo are very strong marks," and that "the KATE SPADE mark and the spade design are both inherently strong and commercially strong," the Board failed to account for the fame of the mark in finding the likelihood of confusion. *Kate Spade LLC v. WOLV, Inc.*, No. 91241442, 2022 WL 1237459, at *16 (Apr. 25, 2022).

c.     Additional evidence to be presented before this Court for *de novo* consideration showing that the SPADE Marks are famous,

DAVIS WRIGHT TREMAINE LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111
(415) 276-6500
Fax: (415) 276-6599

thereby affording Plaintiff a broader scope of protection when assessing the likelihood that consumers would confuse the SPADE Wolv Mark and SPADE Marks.

    d.  Plaintiff elects to seek recourse under § 21(b) of the Federal Trademark Act, 15 U.S.C. § 1071(b), for reversal of the April 25, 2022 decision on the grounds that Defendant's use and registration of the SPADE Wolv Mark in connection with the goods described in the SPADE Wolv Application is likely to cause confusion with Kate Spade's famous SPADE Marks.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for entry of a judgment ordering that:

1. The Court reverse the final decision of the Board in the Opposition and, in accordance with § 37 of the Federal Trademark Act, 15 U.S.C. § 1119, directing the USPTO to deny registration of Defendant's SPADE Wolv Application.


DATED: June 27, 2022     DAVIS WRIGHT TREMAINE LLP


            By:*/s/ Nicole Medeiros*
              G. Roxanne Elings
              Nicole Medeiros

              Attorneys for Plaintiff
              KATE SPADE LLC

DAVIS WRIGHT TREMAINE LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA  94111
(415) 276-6500
Fax: (415) 276-6599

# EXHIBIT A

| MARK | APP. NO.<br>APP. DATE | REG. NO.<br>REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
| *walk on air*<br>kate spade<br>NEW YORK | **App** 86813669<br>**App** 09-NOV-2015 | **Reg** 5048235<br>**Reg** 27-SEP-2016 | 3<br>**Goods and Services:**<br>INT. CL. 3 FRAGRANCES, PERFUME, EAU DE PARFUM AND EAU DE TOILETTE; SOAPS, NAMELY, CREAM SOAP, ANTIPERSPIRANTS AND DEODORANTS FOR PERSONAL USE, LOTIONS AND CREAMS, NAMELY BODY LOTION, HAND LOTIONS AND BATH CREAMS, ESSENTIAL OILS FOR THE BODY, SKIN POWDERS, NAMELY, BODY POWDER, SHAMPOOS, CONDITIONERS, NAMELY HAIR CONDITIONERS, BATH PEARLS AND BATH SALTS, BODY SPRAYS, BODY SCRUB, BODY MASKS, BUBBLE BATH |
| ♠ | **App** 86660971<br>**App** 12-JUN-2015 | **Reg** 5028261<br>**Reg** 23-AUG-2016 | 3<br>**Goods and Services:**<br>INT. CL. 3 COSMETICS; FRAGRANCES AND PERFUMERY |
| ♠ | **App** 86661000<br>**App** 12-JUN-2015 | **Reg** 5042309<br>**Reg** 13-SEP-2016 | 8<br>**Goods and Services:**<br>INT. CL. 8 BOXES SPECIALLY ADAPTED FOR THE STORAGE OF CUTLERY AND FLATWARE; FLATWARE |
| ♠ | **App** 86661070<br>**App** 12-JUN-2015 | **Reg** 5205421<br>**Reg** 16-MAY-2017 | 9<br>**Goods and Services:**<br>INT. CL. 9 CARRYING CASES SPECIALLY ADAPTED FOR ELECTRONIC EQUIPMENT, NAMELY, CELL PHONES, LAPTOPS, ELECTRONIC BOOK READERS, PORTABLE PC TABLETS, EAR BUDS AND PORTABLE MEDIA PLAYERS; COMPUTER MOUSE; EAR BUDS; EYEGLASS CHAINS AND CORDS; EYEWEAR; EYEWEAR CASES; PROTECTIVE COVERS AND CASES FOR CELL PHONES, LAPTOPS AND PORTABLE MEDIA PLAYERS; PROTECTIVE COVERS AND CASES FOR TABLET COMPUTERS; USB (UNIVERSAL SERIAL BUS) HARDWARE |
| ♠ | **App** 86661092<br>**App** 12-JUN-2015 | **Reg** 5028262<br>**Reg** 23-AUG-2016 | 14<br>**Goods and Services:**<br>INT. CL. 14 JEWELRY; JEWELRY BOXES; JEWELRY CASES; PINS BEING JEWELRY; WATCHES |
| ♠ | **App** 86661120<br>**App** 12-JUN-2015 | **Reg** 5032905<br>**Reg** 30-AUG-2016 | 18<br>**Goods and Services:**<br>INT. CL. 18 BACKPACKS; BEACHBAGS; CLUTCH BAGS; CLUTCHES; COSMETIC BAGS SOLD EMPTY; CREDIT CARD CASES AND HOLDERS; HANDBAGS, PURSES AND WALLETS; KEY BAGS; |

| MARK | APP. NO.<br>APP. DATE | REG. NO.<br>REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
| | | | KEYCASES; LUGGAGE; SPORTS BAGS; TOTE BAGS; TRAVEL BAGS; UMBRELLAS |
|  | **App** 86661289<br>**App** 12-JUN-2015 | **Reg** 4889147<br>**Reg** 19-JAN-2016 | 25<br>**Goods and Services:**<br>**INT. CL. 25** A FULL LINE OF WOMEN'S CLOTHING, FOOTWEAR, AND HEADWEAR |
|  | **App** 86661312<br>**App** 12-JUN-2015 | **Reg** 4931152<br>**Reg** 05-APR-2016 | 35<br>**Goods and Services:**<br>**INT. CL. 35** RETAIL STORE SERVICES FEATURING APPAREL, FASHION ACCESSORIES, HANDBAGS, JEWELRY, LEATHER GOODS, EYEWEAR, FOOTWEAR, COSMETICS, FRAGRANCES, AND HOME PRODUCTS |
|  | **App** 86567673<br>**App** 18-MAR-2015 | **Reg** 5037332<br>**Reg** 06-SEP-2016 | 11<br>**Goods and Services:**<br>**INT. CL. 11** LIGHTING NAMELY, WALL, FLOOR, CEILING, AND TABLE LAMPS, INDOOR HOME LIGHTING FIXTURES AND OUTDOOR HOME LIGHTING FIXTURES |
|  | **App** 86349400<br>**App** 28-JUL-2014 | **Reg** 4942088<br>**Reg** 19-APR-2016 | 21<br>**Goods and Services:**<br>**INT. CL. 21** DINNERWARE, NAMELY, PLATES, CUPS, MUGS, SAUCERS, BOWLS AND SERVING TRAYS; BEVERAGE GLASSWARE, DRINKING GLASSES, NAMELY, TUMBLERS, COOKWARE, NAMELY, POTS AND PANS, STEAMERS, BAKING DISHES, CHOPPING AND CUTTING BOARDS FOR KITCHEN USE, CONTAINERS FOR HOUSEHOLD OR KITCHEN USE, KITCHEN UTENSILS, NAMELY, POURING AND STRAINING SPOUTS, GRATERS AND LADLES, SPATULAS, STRAINERS, SIEVES, COLANDERS, SQUEEGEES AND SPONGES AND WASTE BINS FOR HOUSEHOLD USE, COASTERS NOT OF PAPER AND NOT BEING TABLE LINEN OR TEXTILE, SALT AND PEPPER SHAKERS, SPOON REST, TRIVET, ALL PURPOSE PORTABLE HOUSEHOLD CONTAINERS; GLASS STORAGE JARS; GLOVES FOR HOUSEHOLD PURPOSES; LAUNDRY HAMPERS, SORTERS AND BINS FOR DOMESTIC OR HOUSEHOLD USE; CAKE PANS AND PLATTERS, STOCK POTS, BATH ACCESSORIES, NAMELY, CUP HOLDERS AND TOOTHBRUSH HOLDERS |

| MARK | APP. NO. APP. DATE | REG. NO. REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
| kate spade NEW YORK ALL IN GOOD TASTE | **App** 86349397 **App** 28-JUL-2014 | **Reg** 4998836 **Reg** 12-JUL-2016 | 25 **Goods and Services:** **INT. CL. 25** APRONS, PLASTIC APRONS, PAPER APRONS |
| kate spade NEW YORK ALL IN GOOD TASTE | **App** 86347813 **App** 25-JUL-2014 | **Reg** 5110231 **Reg** 27-DEC-2016 | 8 **Goods and Services:** **INT. CL. 8** FLATWARE, NAMELY, FORKS, KNIVES, AND SPOONS; AND BOXES SPECIALLY ADAPTED FOR THE STORAGE OF CUTLERY AND FLATWARE |
| kate spade NEW YORK ALL IN GOOD TASTE | **App** 86347814 **App** 25-JUL-2014 | **Reg** 4942083 **Reg** 19-APR-2016 | 24 **Goods and Services:** **INT. CL. 24** TABLE LINENS, NAMELY, COASTERS, NAPKINS, PLACE MATS, TABLE CLOTHS; OVEN MITTS; POT HOLDERS, BATH SHEETS, LINENS, NAMELY, BED LINENS, KITCHEN LINENS, TOWELS; BEDDINGS, NAMELY, BED THROWS, BED SHEETS, FITTED SHEETS, DUVET COVERS, COMFORTERS, PILLOW CASES, PILLOW SHAMS, DUST RUFFLES, BEDSPREADS; FABRICS, NAMELY, WOVEN, PRINTED, NATURAL AND SYNTHETIC FIBER DECORATIVE FABRICS OF COTTON, SILK, NYLON, GRASSCLOTH, POLYMERS, VELVET, AND WALL COVERINGS, FABRICS AND TEXTILES FOR USE AND IN THE MANUFACTURE OF HOME FURNISHINGS, NAMELY, UPHOLSTERY, DRAPERIES, WALL COVERINGS, LINENS CURTAINS, PILLOWS, BEDSHEETS, QUILTS; THROWS; HAND TOWELS, SERVIETTES OF TEXTILE, WINDOW TREATMENTS, NAMELY, DRAPES, WINDOW PANELS, WINDOW SHEERS IN THE NATURE OF COTTON, WOOL, POLYESTER, VELVET, NATURAL AND SYNTHETIC FIBER; KITCHEN TEXTILES, NAMELY, TOWELS, PLACEMATS; WALL HANGINGS OF TEXTILE, TEXTILE HANDKERCHIEFS |
| kate spade NEW YORK | **App** 86290128 **App** 23-MAY-2014 | **Reg** 4960784 **Reg** 17-MAY-2016 | 20 **Goods and Services:** **INT. CL. 20** FABRIC SOLD AS AN INTEGRAL COMPONENT OF FINISHED FURNITURE; FURNITURE; FURNITURE MADE OF LEATHER, FABRIC |
| kate spade NEW YORK | **App** 86290162 **App** 23-MAY-2014 | **Reg** 4937376 **Reg** 12-APR-2016 | 24 **Goods and Services:** **INT. CL. 24** FABRICS AND TEXTILES FOR USE IN THE MANUFACTURE OF HOME FURNISHINGS, NAMELY, UPHOLSTERY, FURNITURE, DRAPERIES, WALL COVERINGS, LINENS, CURTAINS, PILLOWS, BED SHEETS, QUILTS AND CURTAIN |

| MARK | APP. NO.<br>APP. DATE | REG. NO.<br>REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
| | | | TIE-BACKS; WOVEN, PRINTED, NATURAL AND SYNTHETIC FIBER DECORATIVE FABRICS; SHEER FABRICS AND LACE FABRICS |
| kate spade<br>NEW YORK | **App** 86290181<br>**App** 23-MAY-2014 | **Reg** 4937377<br>**Reg** 12-APR-2016 | 26<br>**Goods and Services:**<br>INT. CL. 26 FABRIC AND FURNISHING TRIMMINGS, NAMELY, ORNAMENTAL RIBBONS MADE OF TEXTILES, LACE TRIMMING, TASSELS, BRAIDS, FRINGES AND DECORATIVE CORDS, HABERDASHERY; BARRETTES, HAIR ACCESSORIES, NAMELY, CLAW CLIPS, HAIR TIES, HAIR CRUNCHIES, HAIR BANDS, ORIENTAL HAIR PINS |
| kate spade<br>NEW YORK | **App** 86290191<br>**App** 23-MAY-2014 | **Reg** 4937378<br>**Reg** 12-APR-2016 | 27<br>**Goods and Services:**<br>INT. CL. 27 WALLPAPER, NON-TEXTILE WALL COVERINGS, NAMELY, WALL COVERINGS MADE OF PAPER, GRASS CLOTH, VINYL OR POLYMERS HAVING BORDERS BEING WALL DECORATIONS IN THE NATURE OF WALL COVERINGS; CARPETING, RUGS; BROADLOOM CARPETS; AREA RUGS; CARPETS, RUGS FOR COVERING EXISTING FLOORS, PROTECTIVE FLOOR COVERINGS |
| LIVE<br>COLOR<br>FULLY<br>kate spade | **App** 85833663<br>**App** 28-JAN-2013 | **Reg** 4565080<br>**Reg** 08-JUL-2014 | 3<br>**Goods and Services:**<br>INT. CL. 3 COSMETICS, NAMELY, PERFUMES, COLOGNES, PERSONAL CLEANING AND BATH PRODUCTS, NAMELY, SOAPS; PERSONAL CARE PRODUCTS, NAMELY, SKIN MOISTURIZER, SHOWER GELS |
| **KATE SPADE NEW YORK** | **App** 85421677<br>**App** 13-SEP-2011 | **Reg** 4138884<br>**Reg** 08-MAY-2012 | 9<br>**Goods and Services:**<br>INT. CL. 9 CARRYING CASES FOR ELECTRONIC EQUIPMENT, NAMELY, CELL PHONES AND LAPTOPS; CELL PHONE COVERS; PROTECTIVE SLEEVES FOR LAPTOP COMPUTERS |
| kate spade<br>NEW YORK | **App** 85298818<br>**App** 19-APR-2011 | **Reg** 4155479<br>**Reg** 05-JUN-2012 | 21<br>**Goods and Services:**<br>INT. CL. 21 BATH ACCESSORIES, NAMELY, CUP HOLDERS; CUPS; LOTION CONTAINERS SOLD EMPTY FOR DOMESTIC USE; SOAP DISHES; SOAP DISPENSERS; SOAP HOLDERS; TOOTHBRUSH HOLDERS; WASTE BASKETS |

| MARK | APP. NO.<br>APP. DATE | REG. NO.<br>REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
| kate spade<br>NEW YORK | **App** 85297677<br>**App** 18-APR-2011 | **Reg** 4155475<br>**Reg** 05-JUN-2012 | 24<br>**Goods and Services:**<br>**INT. CL. 24** BED BLANKETS; BED SHEETS; BED SKIRTS; BED THROWS; BEDSPREADS; COMFORTERS; COVERS FOR CUSHIONS; CRIB BUMPER PADS; CRIB BUMPERS; CRIB CANOPIES; CURTAINS; DRAPERIES; DUST RUFFLES; DUVET COVERS; DUVETS; HANDKERCHIEFS; KITCHEN LINENS; KITCHEN TOWELS; MATTRESS COVERS; MATTRESS PADS; PILLOW COVERS; PILLOW SHAMS; PILLOWCASES; POT HOLDERS; QUILTS; SHOWER CURTAINS; TABLE LINEN, NAMELY, COASTERS, NAPKINS, PLACE MATS AND TABLECLOTHS; TOWELS; WASH CLOTHS |
| kate spade<br>NEW YORK | **App** 85289992<br>**App** 08-APR-2011 | **Reg** 4155450<br>**Reg** 05-JUN-2012 | 18<br>**Goods and Services:**<br>**INT. CL. 18** BACKPACKS; BEACH BAGS; CARD WALLETS; CLUTCH BAGS; CLUTCH PURSES; COSMETIC BAGS SOLD EMPTY; COSMETIC CASES SOLD EMPTY; CREDIT CARD CASES; HANDBAGS; KEY BAGS; KEY CASES; KEY WALLETS; LUGGAGE; PURSES; SPORT BAGS; TOTE BAGS; TRAVEL BAGS; TRAVEL CASES; UMBRELLAS; WALLETS |
| kate spade<br>NEW YORK | **App** 85290002<br>**App** 08-APR-2011 | **Reg** 4155451<br>**Reg** 05-JUN-2012 | 25<br>**Goods and Services:**<br>**INT. CL. 25** BELTS; BLAZERS; BLOUSES; BOTTOMS; BRAS; COATS; DRESSES; FOOTWEAR; GLOVES; HEADWEAR; HOSIERY; JACKETS; JEANS; KNIT TOPS; LINGERIE; LOUNGEWEAR; NECKWEAR; PANTS; SCARVES; SHIRTS; SHORTS; SKIRTS; SLEEPWEAR; SOCKS; SUITS; SWEATERS; SWIMWEAR; T-SHIRTS; TANK TOPS; TOPS; UNDERWEAR |
| kate spade<br>NEW YORK | **App** 85290010<br>**App** 08-APR-2011 | **Reg** 4155452<br>**Reg** 05-JUN-2012 | 35<br>**Goods and Services:**<br>**INT. CL. 35** RETAIL STORE AND ON-LINE RETAIL STORE SERVICES FEATURING APPAREL, FASHION ACCESSORIES, HANDBAGS, JEWELRY, LEATHER GOODS, EYEWEAR, FOOTWEAR, FRAGRANCE AND COSMETICS, AND HOME PRODUCTS |
| kate spade<br>NEW YORK | **App** 85120019<br>**App** 31-AUG-2010 | **Reg** 4158419<br>**Reg** 12-JUN-2012 | 9<br>**Goods and Services:**<br>**INT. CL. 9** EYEGLASS CHAINS AND CORDS; EYEGLASS FRAMES; EYEGLASSES; EYEWEAR; EYEWEAR CASES; SUNGLASSES |

| MARK | APP. NO.<br>APP. DATE | REG. NO.<br>REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
| kate spade<br>NEW YORK | App 85120071<br>App 31-AUG-2010 | Reg 4522233<br>Reg 29-APR-2014 | 3<br>**Goods and Services:**<br>**INT. CL. 3** AFTER SHAVE LOTIONS; BODY LOTION; BODY MILK; BODY OIL; BODY POWDER; BODY SCRUB; BODY SPRAYS; BUBBLE BATH; COSMETICS; ESSENTIAL OILS; FACE AND BODY CREAMS; FACE POWDER; FRAGRANCES; HAIR SHAMPOOS AND CONDITIONERS; HAIR STYLING PREPARATIONS; PERFUMES AND COLOGNES; PERSONAL DEODORANTS; POTPOURRI; SKIN CLEANSERS; SOAPS FOR PERSONAL USE; SUN-TANNING OILS AND LOTIONS; TOILET SOAP |
| kate spade<br>NEW YORK | App 85120107<br>App 31-AUG-2010 | Reg 4017099<br>Reg 23-AUG-2011 | 16<br>**Goods and Services:**<br>**INT. CL. 16** ADDRESS BOOKS; APPOINTMENT BOOKS; CALENDARS; INVITATION CARDS; NOTE CARDS; PERSONAL ORGANIZERS; STATIONERY |
| kate spade<br>NEW YORK | App 85116332<br>App 26-AUG-2010 | Reg 4158410<br>Reg 12-JUN-2012 | 14<br>**Goods and Services:**<br>**INT. CL. 14** ANKLE BRACELETS; BRACELETS; CHARMS; EARRINGS; JEWELRY; JEWELRY BOXES; JEWELRY CASES; NECKLACES; PENDANTS; PINS BEING JEWELRY; RINGS; WATCHES |
| KATE SPADE NEW YORK | App 85058706<br>App 09-JUN-2010 | Reg 4158328<br>Reg 12-JUN-2012 | 3<br>**Goods and Services:**<br>**INT. CL. 3** COSMETICS; LIPSTICK; NAIL POLISH |
| KATE SPADE NEW YORK | App 77969578<br>App 26-MAR-2010 | Reg 3955827<br>Reg 03-MAY-2011 | 3<br>**Goods and Services:**<br>**INT. CL. 3** BODY CREAM; BODY LOTION; FRAGRANCES AND PERFUMERY; SHOWER GEL |
| KATE SPADE NEW YORK | App 78698211<br>App 23-AUG-2005 | Reg 3095754<br>Reg 23-MAY-2006 | 6 18<br>**Goods and Services:**<br>**INT. CL. 6** METAL KEY RINGS<br>**INT. CL. 18** LEATHER KEY RINGS |
| KATE SPADE NEW YORK | App 78633006<br>App 19-MAY-2005 | Reg 3092920<br>Reg 16-MAY-2006 | 14<br>**Goods and Services:**<br>**INT. CL. 14** JEWELRY AND WATCHES |

| MARK | APP. NO.<br>APP. DATE | REG. NO.<br>REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
| KATE SPADE | App 76535011<br>App 06-AUG-2003 | Reg 2905861<br>Reg 30-NOV-2004 | 35<br>**Goods and Services:**<br>**INT. CL. 35** RETAIL STORE SERVICES FEATURING ACCESSORIES INCLUDING HANDBAGS, WALLETS, SHOES, SMALL LEATHER GOODS, JEWELRY, HOME PRODUCTS INCLUDING TABLETOP AND HOME TEXTILES |
| KATE SPADE NEW YORK | App 76530961<br>App 21-JUL-2003 | Reg 2956539<br>Reg 31-MAY-2005 | 35<br>**Goods and Services:**<br>**INT. CL. 35** RETAIL STORE SERVICES FEATURING CLOTHING, HANDBAGS, RELATED ACCESSORIES AND HOME FASHIONS DEPARTMENTS |
| KATE SPADE NEW YORK | App 76469960<br>App 25-NOV-2002 | Reg 2841312<br>Reg 11-MAY-2004 | 8 21<br>**Goods and Services:**<br>**INT. CL. 8** STAINLESS STEEL FLATWARE, NAMELY, KNIVES, FORKS, SPOONS<br>**INT. CL. 21** DINNERWARE, NAMELY PLATES, CUPS, SAUCERS, MUGS, SERVING BOWLS, SERVING PLATTERS, SUGAR BASINS AND CREAMER PITCHERS SOLD AS A UNIT, SALT AND PEPPER SHAKERS, PITCHERS, NON-ELECTRIC COFFEE POTS AND TEAPOTS NOT OF PRECIOUS METAL; STEMWARE, NAMELY, WATER GLASSES, WINE GLASSES, CHAMPAGNE GLASSES, DOUBLE-ON-THE-ROCKS BEVERAGE GLASSES AND HIGHBALL BEVERAGE GLASSES; GIFTWARE, NAMELY, BOWLS, VASES AND CANDLE HOLDERS NOT OF PRECIOUS METAL; LADLES AND CAKE SERVERS |
| KATE SPADE NEW YORK | App 76469961<br>App 25-NOV-2002 | Reg 2931300<br>Reg 08-MAR-2005 | 20 21 24 27<br>**Goods and Services:**<br>**INT. CL. 20** DECORATIVE PILLOWS<br>**INT. CL. 21** BATH ACCESSORIES, NAMELY, SOAP DISHES, LIQUID SOAP DISPENSERS, LOTION BOTTLES SOLD EMPTY, WASTEPAPER BASKETS, TOOTHBRUSH HOLDERS, CUPS AND CUP HOLDERS<br>**INT. CL. 24** BED SHEETS, PILLOWCASES, COMFORTERS, BEDSPREADS, QUILTS, BED BLANKETS, BLANKET THROWS, DUVETS, DUVET COVERS, PILLOW SHAMS, DUST RUFFLES, [ MATTRESS PADS, ] EIDERDOWN/NATURAL COMFORTERS, TOWELS, WASH CLOTHS, [ CURTAINS, DRAPERIES, DECORATIVE, WOVEN AND PRINT FABRICS SOLD BY THE PIECE AND BY THE YARD FOR USE IN THE MANUFACTURE OF HOME TEXTILES AND FABRICS USED FOR WALL COVERING AND WALL BORDERS ]<br>**INT. CL. 27** BATH MATS AND FABRIC BATH MATS |

| MARK | APP. NO.<br>APP. DATE | REG. NO.<br>REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
| KATE SPADE | App 76469962<br>App 25-NOV-2002 | Reg 3139442<br>Reg 05-SEP-2006 | 20 21 24 27<br>**Goods and Services:**<br>**INT. CL. 20** DECORATIVE PILLOWS<br>**INT. CL. 21** BATH ACCESSORIES, NAMELY, SOAP DISHES, LIQUID SOAP DISPENSERS, LOTION BOTTLES SOLD EMPTY, WASTEPAPER BASKETS, TOOTHBRUSH HOLDERS, CUPS AND CUP HOLDERS<br>**INT. CL. 24** BED SHEETS, PILLOWCASES, COMFORTERS, BEDSPREADS, QUILTS, BED BLANKETS, BLANKET THROWS, DUVETS, DUVET COVERS, PILLOW SHAMS, DUST RUFFLES, [ MATTRESS PADS, ] EIDERDOWN/NATURAL COMFORTERS, TOWELS, WASH CLOTHS, [ CURTAINS, DRAPERIES, DECORATIVE, WOVEN AND PRINT FABRICS SOLD BY THE PIECE AND BY THE YARD FOR USE IN THE MANUFACTURE OF HOME TEXTILES AND FABRICS USED FOR WALL COVERING AND WALL BORDERS ]<br>**INT. CL. 27** BATH MATS AND FABRIC BATH MATS |
| KATE SPADE | App 76106039<br>App 09-AUG-2000 | Reg 2724972<br>Reg 10-JUN-2003 | 3<br>**Goods and Services:**<br>**INT. CL. 3** [ COSMETICS, ] NAMELY COLOGNE, COLOGNE SPRAY, PERFUMES, BODY LOTIONS, BODY CREAMS, [ BODY OILS, BATH AND SHOWER GEL, POWDER AND SOAPS FOR PERSONAL USE ] |
| KATE SPADE NEW YORK | App 76041129<br>App 05-MAY-2000 | Reg 2446491<br>Reg 24-APR-2001 | 16<br>**Goods and Services:**<br>**INT. CL. 16** PERSONAL ORGANIZERS AND PLANNERS, [ SKETCHBOOKS, ] CALENDARS, ADDRESS BOOKS, [ DESK ACCESSORIES COMPRISING PENCIL HOLDERS, PENCIL CASES, ERASERS, PENCILS AND PENS, AND PENCIL SHARPENERS, ] STATIONERY, [ PHOTO ALBUMS, ] AGENDAS AND APPOINTMENT BOOKS |
| KATE SPADE NEW YORK | App 76041126<br>App 05-MAY-2000 | Reg 2654803<br>Reg 26-NOV-2002 | 9<br>**Goods and Services:**<br>**INT. CL. 9** EYEWEAR, NAMELY, SUNGLASSES, EYEGLASS FRAMES AND EYEGLASS CASES |
| KATE SPADE NEW YORK | App 76041128<br>App 05-MAY-2000 | Reg 2613247<br>Reg 27-AUG-2002 | 25<br>**Goods and Services:**<br>**INT. CL. 25** DRESSES, SKIRTS, [PANTS,] TOPS, SHIRTS, [T-SHIRTS, BLOUSES,] SWEATERS, [SUITS, SPORT COATS, BLAZERS, VESTS,] SLEEPWEAR, PAJAMAS, BATHROBES, [BEACH COVERUPS,] FOOTWEAR, SHOES, [ SOCKS, CAPS,] HATS, BANDANNAS, SCARVES, COATS, [JACKETS, RAINWEAR] AND GLOVES |

| MARK | APP. NO.<br>APP. DATE | REG. NO.<br>REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
| KATE SPADE NEW YORK | App 76041130<br>App 05-MAY-2000 | Reg 2537318<br>Reg 05-FEB-2002 | 18<br>Goods and Services:<br>INT. CL. 18 HANDBAGS, ALL PURPOSE CARRYING BAGS, TOTE BAGS, TRAVELLING BAGS, SHOULDER BAGS, CLUTCH PURSES, ALL-PURPOSE ATHLETIC BAGS, BACKPACKS, WALLETS, COIN PURSES AND COSMETIC BAGS (SOLD EMPTY) |
| KATE SPADE | App 75250157<br>App 28-FEB-1997 | Reg 2578942<br>Reg 11-JUN-2002 | 25<br>Goods and Services:<br>INT. CL. 25 CLOTHING, NAMELY, DRESSES, SKIRTS, PANTS, TOPS, SHIRTS, T-SHIRTS, BLOUSES, SWEATERS, SUITS, SPORT COATS, BLAZERS, VESTS, SLEEPWEAR, PAJAMAS, BATHROBES, BEACH COVERUPS, FOOTWEAR, SHOES, SOCKS, CAPS, HATS, BANDANNAS, SCARVES, COATS, JACKETS, RAINWEAR AND GLOVES |
| KATE SPADE | App 75220568<br>App 02-JAN-1997 | Reg 2522892<br>Reg 25-DEC-2001 | 9<br>Goods and Services:<br>INT. CL. 9 EYEWEAR, NAMELY, SUNGLASSES, EYEGLASS FRAMES AND EYEGLASS CASES |
| KATE SPADE | App 75047467<br>App 23-JAN-1996 | Reg 2068911<br>Reg 10-JUN-1997 | 18<br>Goods and Services:<br>INT. CL. 18 HANDBAGS, ALL-PURPOSE CARRYING BAGS, TOTE BAGS, TRAVELING BAGS, SHOULDER BAGS, CLUTCH PURSES, ALL PURPOSE ATHLETIC BAGS, BACKPACKS, WALLETS, COIN PURSES AND COSMETIC BAGS (SOLD EMPTY) |
| KATE SPADE | App 75047470<br>App 23-JAN-1996 | Reg 2064708<br>Reg 27-MAY-1997 | 18<br>Goods and Services:<br>INT. CL. 18 HANDBAGS, ALL-PURPOSE CARRYING BAGS, TOTE BAGS, TRAVELING BAGS, SHOULDER BAGS, CLUTCH PURSES, ALL PURPOSE ATHLETIC BAGS, BACKPACKS, WALLETS, COIN PURSES AND COSMETIC BAGS SOLD EMPTY |
| KATE SPADE NEW YORK | App 97347487<br>App 5-APR-2022 | | 9 35<br>Goods and Services:<br>INT. CL. 9 DIGITAL MEDIA, NAMELY, DIGITAL COLLECTIBLES, DIGITAL TOKENS, NON-FUNGIBLE TOKENS (NFTS) AND DIGITAL ART; NON-FUNGIBLE TOKENS (NFTS) AND OTHER APPLICATION TOKENS; NON-FUNGIBLE TOKENS USED WITH BLOCKCHAIN TECHNOLOGY; NON-FUNGIBLE TOKENS USED WITH BLOCKCHAIN TECHNOLOGY TO REPRESENT A COLLECTIBLE ITEM; NON-FUNGIBLE TOKENS FEATURING COLLECTIBLE IMAGES AND VIDEOS; NON-FUNGIBLE TOKENS FEATURING DIGITAL ART; |

10

| MARK | APP. NO.<br>APP. DATE | REG. NO.<br>REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
| | | | DIGITAL TOKENS USED WITH BLOCKCHAIN TECHNOLOGY; DIGITAL TOKENS USED WITH BLOCKCHAIN TECHNOLOGY TO REPRESENT A COLLECTIBLE ITEM; DIGITAL TOKENS USED WITH BLOCKCHAIN TECHNOLOGY FOR DATA STORAGE AND CONTENT ACCESS LIMITATION; DOWNLOADABLE VIRTUAL GOODS, NAMELY, COMPUTER PROGRAMS FEATURING COLLECTIBLE CHARACTERS, HANDBAGS, BACKPACKS, WALLETS, FOOTWEAR, CLOTHING, HEADWEAR, EYEWEAR, JEWELRY, WATCHES, PERFUME, SCENTED BODY CARE PRODUCTS, MAKE-UP, COSMETICS, CELLULAR PHONE CASES, LAPTOP CASES AND FASHION ACCESSORIES FOR USE ONLINE AND IN ONLINE VIRTUAL WORLDS; DOWNLOADABLE COMPUTER SOFTWARE FOR INTERACTIVE GAMES FOR USE VIA A GLOBAL COMPUTER NETWORK AND THROUGH VARIOUS WIRELESS NETWORKS AND ELECTRONIC DEVICES; DOWNLOADABLE SOFTWARE FOR ENGAGING IN SOCIAL NETWORKING AND INTERACTING WITH ONLINE COMMUNITIES; DOWNLOADABLE SOFTWARE FOR ACCESSING AND STREAMING MULTIMEDIA ENTERTAINMENT CONTENT; DOWNLOADABLE SOFTWARE FOR PROVIDING ACCESS TO AN ONLINE VIRTUAL ENVIRONMENT; DOWNLOADABLE COMPUTER SOFTWARE FOR THE CREATION, PRODUCTION AND MODIFICATION OF DIGITAL ANIMATED AND NON-ANIMATED DESIGNS AND CHARACTERS, AVATARS, DIGITAL OVERLAYS AND SKINS FOR ACCESS AND USE IN ONLINE ENVIRONMENTS, VIRTUAL ONLINE ENVIRONMENTS, AND EXTENDED REALITY VIRTUAL ENVIRONMENTS<br>**INT. CL. 35** RETAIL STORE SERVICES FEATURING VIRTUAL GOODS, NAMELY, HANDBAGS, BACKPACKS, WALLETS, FOOTWEAR, CLOTHING, HEADWEAR, EYEWEAR, JEWELRY, WATCHES, PERFUME, SCENTED BODY CARE PRODUCTS, MAKE-UP, COSMETICS, CELLULAR PHONE CASES, LAPTOP CASES AND FASHION ACCESSORIES FOR USE ONLINE; ONLINE RETAIL STORE SERVICES FEATURING VIRTUAL MERCHANDISE, NAMELY, COLLECTIBLE CHARACTERS, HANDBAGS, BACKPACKS, WALLETS, FOOTWEAR, CLOTHING, HEADWEAR, EYEWEAR, JEWELRY, WATCHES, PERFUME, SCENTED BODY CARE PRODUCTS, MAKE-UP, COSMETICS, CELLULAR PHONE CASES, LAPTOP CASES AND FASHION ACCESSORIES |

| MARK | APP. NO.<br>APP. DATE | REG. NO.<br>REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
|  | **App** 90166521<br>**App** 8-SEP-2020 | | 35<br>**Goods and Services:**<br>**INT. CL. 35** RETAIL STORE SERVICES FEATURING APPAREL; ONLINE RETAIL STORE SERVICES AND MAIL ORDER SERVICES, FEATURING APPAREL, FASHION ACCESSORIES, HANDBAGS, JEWELRY, LEATHER GOODS, EYEWEAR, FOOTWEAR, FRAGRANCES, COSMETICS, PERSONAL CARE PRODUCTS, LUGGAGE, AND HOUSEWARES |
|  | **App** 90075806<br>**App** 27-JUL-2020 | **Reg** 6505379<br>**Reg** 5-OCT-2021 | 18<br>**Goods and Services:**<br>**INT. CL. 18** ALL-PURPOSE CARRYING BAGS; ATHLETIC BAGS; SPORTS BAGS; LEATHER AND IMITATION LEATHER; HANDBAGS; PURSES; SHOULDER BAGS; TOTE BAGS; CLUTCH PURSES; CLUTCHES; COIN PURSES; WRISTLET BAGS; MESSENGER BAGS; WHEELED MESSENGER BAGS; DUFFLE BAGS; BACKPACKS; BEACHBAGS; BOOK BAGS; BRIEFCASES; TRAVEL BAGS, NAMELY, LUGGAGE AND ALL-PURPOSE CARRYING BAGS, SUITCASES, TRUNKS BEING LUGGAGE, TRAVELLING BAGS, GARMENT BAGS FOR TRAVEL; LUGGAGE AND BAGGAGE TAGS; PLASTIC LUGGAGE LABELS; BAGS FOR CARRYING BABIES' ACCESSORIES; WALLETS; EVENING HANDBAGS; FANNY PACKS; BILLFOLDS; COSMETIC CASES AND BAGS SOLD EMPTY; ANIMAL CARRIERS; ANIMAL LEASHES; FEED BAGS FOR ANIMALS; PET CLOTHING; PET ACCESSORIES, NAMELY, SPECIALLY DESIGNED CANVAS, VINYL OR LEATHER BAGS ATTACHED TO ANIMAL LEASHES FOR HOLDING SMALL ITEMS SUCH AS KEYS, CREDIT CARDS, MONEY OR DISPOSABLE BAGS FOR DISPOSING OF PET WASTE; TOILETRY CASES SOLD EMPTY; DIAPER BAGS; KEY CASES AND WALLETS; BUSINESS CARD CASES; DOCUMENT CASES; CREDIT CARD CASES; UMBRELLAS; LEATHER BOXES; FITTED PROTECTIVE COVERS FOR HANDBAGS, BRIEFCASES, SUITCASES, AND BRIEFCASE-LIKE PORTFOLIOS. |
|  | **App** 90075342<br>**App** 27-JUL-2020 | **Reg** 6572043<br>**Reg** 30-NOV-2021 | 14<br>**Goods and Services:**<br>**INT. CL. 14** JEWELRY, NAMELY, BRACELETS, CHARMS, EARRINGS, ANKLETS, NECKLACES, PENDANTS, RINGS AND KEY RINGS, BROOCHES AND PINS, CHILDREN'S JEWELRY, COSTUME JEWELRY INCLUDING IMITATION JEWELRY; CUFF LINKS, TIE PINS, TIE CLIPS; KEY CHAINS AS JEWELRY AND CHARMS THEREFOR; DECORATIVE KEY FOBS; JEWELRY CHARMS; JEWELRY BOXES; JEWELRY CASES; COMPONENT PARTS FOR JEWELRY, CLOCKS |

| MARK | APP. NO. APP. DATE | REG. NO. REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
| | | | AND WATCHES; WATCH BANDS AND STRAPS; ORNAMENTAL LAPEL PINS. |
|  | **App** 90075298 **App** 27-JUL-2020 | | 9<br>**Goods and Services:**<br>**INT. CL. 9** CARRYING CASES FOR ELECTRONIC EQUIPMENT, NAMELY, FOR CELL PHONES AND DIGITAL BOOK READERS; COMPUTER MOUSE; EAR BUDS; MOUSE PADS; PROTECTIVE COVERS AND CASES FOR CELL PHONES, LAPTOPS AND PORTABLE MEDIA PLAYERS; LAPTOP CARRYING CASES; PROTECTIVE COVERS FOR ELECTRONIC READING DEVICES; USB (UNIVERSAL SERIAL BUS) HARDWARE; SMARTWATCHES; WEARABLE ACTIVITY TRACKERS; WIRELESS INDOOR AND OUTDOOR SPEAKERS; HEADPHONES; CHARGERS FOR BATTERIES; MEASURING CUPS; EYEGLASS CHAINS AND CORDS; EYEGLASS FRAMES; EYEGLASSES; EYEWEAR; EYEWEAR CASES; SUNGLASSES |
|  | **App** 90075002 **App** 27-JUL-2020 | **Reg** 6505372 **Reg** 5-OCT-2021 | 14<br>**Goods and Services:**<br>**INT. CL. 14** JEWELRY, NAMELY, BRACELETS, CHARMS, EARRINGS, ANKLETS, NECKLACES, PENDANTS, RINGS AND KEY RINGS, BROOCHES AND PINS, CHILDREN'S JEWELRY, COSTUME JEWELRY INCLUDING IMITATION JEWELRY; CUFF LINKS, TIE PINS, TIE CLIPS; KEY CHAINS AS JEWELRY AND CHARMS THEREFOR; DECORATIVE KEY FOBS; JEWELRY CHARMS; JEWELRY BOXES; JEWELRY CASES; COMPONENT PARTS FOR JEWELRY, CLOCKS AND WATCHES; WATCH BANDS AND STRAPS; ORNAMENTAL LAPEL PINS. |
|  | **App** 90074969 **App** 27-JUL-2020 | **Reg** 6505371 **Reg** 5-OCT-2021 | 9<br>**Goods and Services:**<br>**INT. CL. 9** CARRYING CASES FOR ELECTRONIC EQUIPMENT, NAMELY, FOR CELL PHONES AND DIGITAL BOOK READERS; COMPUTER MOUSE; EAR BUDS; MOUSE PADS; PROTECTIVE COVERS AND CASES FOR CELL PHONES, LAPTOPS AND PORTABLE MEDIA PLAYERS; LAPTOP CARRYING CASES; PROTECTIVE COVERS FOR ELECTRONIC READING DEVICES; USB (UNIVERSAL SERIAL BUS) HARDWARE; SMARTWATCHES; WEARABLE ACTIVITY TRACKERS; WIRELESS INDOOR AND OUTDOOR SPEAKERS; HEADPHONES; CHARGERS FOR BATTERIES; MEASURING CUPS; |

13

| MARK | APP. NO. APP. DATE | REG. NO. REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
| | | | EYEGLASS CHAINS AND CORDS; EYEGLASS FRAMES; EYEGLASSES; EYEWEAR; EYEWEAR CASES; SUNGLASSES. |
|  | **App** 88555448 **App** 31-JUL-2019 | **Reg** 6337705 **Reg** 4-MAY-2021 | 25 **Goods and Services:** **INT. CL. 25** CLOTHING NAMELY, BELTS; BLAZERS; BLOUSES; BODY SUITS; BOTTOMS; BRAS; COATS; DRESSES; EAR MUFFS; GLOVES; JACKETS; JEANS; KNITS BOTTOMS; LINGERIE; LOUNGEWEAR; MITTENS; NECKWEAR; PANTS; SKIRTS; DRESSES; OVERALLS; CLOTH BABY BIBS; INFANT WEAR; ROBES; SCARVES; SHAWLS; SHIRTS; SHORTS; SKIRTS; SLEEPWEAR; SOCKS; SUITS; SWEATERS; T-SHIRTS; TANK TOPS; TOPS; TUNICS; TRACKSUITS; UNDERWEAR AND PANTIES; BATHROBES; VESTS; CARDIGANS; WOVEN TOPS AND BOTTOMS; KNIT TOPS AND BOTTOMS; HOISERY; TIGHTS; LEGGINGS; LEOTARDS; CREEPER; LEG WARMERS; GLOVES; OUTERWEAR, namely, RAINWEAR, COATS, OVERCOATS, VESTS, PARKAS, CAPES, SNOWSUITS; SWEAT PANTS; SWEATSHIRTS; PAJAMAS; FLEECE TOP; SWIMWEAR; HEADWEAR, namely, HATS, SCARVES, CAPS, BONNETS, SUN VISORS; FOOTWEAR, namely, SHOES, SNEAKERS, SLIPPERS AND BOOTIES; APRONS, PLASTIC APRONS, PAPER APRONS. |
|  | **App** 88555334 **App** 31-JUL-2019 | **Reg** 6337704 **Reg** 4-MAY-2021 | 18 **Goods and Services:** **INT. CL. 18** ALL PURPOSE CARRYING BAGS; ATHLETIC BAGS; SPORTS BAGS; LEATHER AND IMITATION OF LEATHER; HANDBAGS; PURSES; SHOULDER BAGS; TOTE BAGS; CLUTCH PURSES; CLUTCHES; COIN PURSES; SHOULDER BAGS; MESSENGER BAGS; WHEELED MESSENGER BAGS; DUFFLE BAGS; BACKPACKS; BEACHBAGS; BOOKBAGS; BRIEFCASES; TRAVEL BAGS NAMELY, LUGGAGE AND CARRYING BAGS, SUITCASES, TRUNKS, TRAVELLING BAGS, GARMENT BAGS FOR TRAVEL; LUGGAGE OR BAGGAGE TAGS; PLASTIC LUGGAGE LABELS; BAGS FOR CARRYING BABY ACCESSORIES; WALLETS; WRISTLET BAGS; EVENING HANDBAGS; FANNY PACKS; BILLFOLDS; COSMETIC CASES AND BAGS SOLD EMPTY; ANIMAL CARRIERS; ANIMAL LEASHES; FEED BAGS FOR ANIMALS; PET CLOTHING; PET COLLAR ACCESSORIES, NAMELY, SPECIALLY DESIGNED CANVAS, VINYL OR LEATHER BAGS ATTACHED TO ANIMAL LEASHES FOR HOLDING SMALL ITEMS SUCH AS KEYS, CREDIT CARDS, MONEY OR |

| MARK | APP. NO.<br>APP. DATE | REG. NO.<br>REG. DATE | GOODS AND SERVICES |
|---|---|---|---|
| | | | DISPOSABLE BAGS FOR DISPOSING OF PET WASTE; TOILETRY CASES SOLD EMPTY; DIAPER BAGS; KEY CASES AND WALLETS; BUSINESS CARD CASES; DOCUMENT CASES; CREDIT CARD CASES; UMBRELLAS; LEATHER BOXES; FITTED PROTECTIVE COVERS FOR HANDBAGS; BRIEFCASES, SUITCASES, AND BRIEFCASE-TYPE PORTFOLIOS. |