1  AMIT AGARWAL (CA State Bar No. 294269)
   ama7386@gmail.com
2  *Pro bono* counsel
   P.O. Box 18861
3  Tampa, FL 33679
   Telephone:  (818) 792-0030
4
   Attorney for Defendant
5  WOLV, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATE SPADE LLC,<br><br>            Plaintiff,<br><br>   vs.<br><br>WOLV INC.,<br><br>            Defendant. | Case No. **2:22-cv-04392-FMO-JEM**<br><br>**DEFENDANT WOLV INC.'S OPPOSITION TO KATE SPADE'S APPLICATION FOR CONTINUANCE OF TRIAL DATE**<br><br>Date:   September 21, 2023<br>Time:   10:00 a.m.<br>Dept.:   Courtroom 6D<br><br>Assigned to the Hon. Fernando M. Olguin<br><br>Action Filed: June 27, 2022<br>Trial Date: October 16, 2023 |

---

Defendant Wolv Inc.'s Opposition to Kate Spade's Application

Wolv filed this trademark application in November 2017. It has been almost six years. Wolv's business is on hold. Thus, delaying the bench trial would prejudice Wolv. Also, Kate Spade has known of this Court's case schedule for almost a year. ECF No. 28. In that order, the Court established the quick turnaround between MSJ filing and the bench trial. This specific situation, *i.e.*, a pending MSJ and a looming bench trial, was easily foreseeable. Kate Spade was not diligent. It could have filed a motion to amend the case schedule at any time over the last year. It has chosen to wait until weeks before the bench trial. Thus, Wolv disagrees that Kate Spade has been diligent in seeking the relief it now seeks.

Wolv is opposed to the specific form of relief that Kate Spade seeks, *i.e.*, a delay of the bench trial. The undersigned disputes footnote 1 of the memorandum in support of Kate Spade's application. That said, if the Court has already reached a decision on Kate Spade's MSJ and is only needing more time to draft a written opinion, it would benefit both parties if the Court could issue a minute order revealing how it plans on ruling on the motion. For example, if the Court has decided to grant Kate Spade's motion, then knowing that information would save both parties significant time and resources.

DATED: August 25, 2023                    AMIT AGARWAL

By: */s/ Amit Agarwal*
Amit Agarwal

AMIT AGARWAL
CA State Bar No. 294269
ama7386@gmail.com
*Pro bono* counsel
P.O. Box 18861
Tampa, FL 33679
Telephone: (818) 792-0030
Attorney for Defendant
WOLV, INC.